CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE

ECX

DATE: 9 -15-00
TIME: 4 :00 P.M.

DOCKET NO. 00-CV-3002 (CPS)

CASE: TANNER vs. FEDERAL HOME LOAN

______ INITIAL CONFERENCE
______ DISCOVERY CONFERENCE
______ SETTLEMENT CONFERENCE

______ OTHER/STATUS CONFERENCE
______ FINAL/PRETRIAL CONFERENCE
______ TELEPHONE CONFERENCE

**MANDATORY DISCLOSURE :**

______ COMPLETED ______________ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** ________________________________________

**FOR DEFENDANT:** ________________________________________

______ DISCOVERY TO BE COMPLETED BY ________________________

______ NEXT CONFERENCE SCHEDULED FOR ________________________

______ JOINT PRE-TRIAL ORDER TO BE SUBMITTED TO CLERK'S OFFICE BY ______

PL. TO SERVE DEF. BY: ____________ DEF. TO SERVE PL. BY: ____________

**RULINGS:** **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Berman to resend discovery responses
Freddie Mac to provide insurance policy
Deposition of Tanner & Berman to be completed by Oct 20

Conference set for 11/9 at 10:00